O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELL HATCHER,<br><br>Petitioner,<br><br>v.<br><br>WARDEN MARTINEZ,<br><br>Respondent. | Case No. 2:19-cv-07498-VBF-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b), the Court has reviewed the 28 U.S.C. section 2241 petition for a writ of habeas corpus (CM/ECF Document ("Doc") 1) and Supplemental Petition for a Writ of Habeas Corpus (Doc 3), the September 10, 2019 Report and Recommendation of the United States Magistrate Judge (Doc 6), the petitioner's October 7, 2019 objection to the R&R (Doc 7), and the applicable law.

The Court has engaged in a de novo review of those portions of the R&R to which petitioner made a sufficiently specific objection. Finding no defect of law, fact, or logic in the R&R, the Court will adopt the Magistrate Judge's conclusions of law and findings of fact and implement her recommendation.

## ORDER

Petitioner's objection **[Doc #7] is OVERRULED**.

The Report and Recommendation **[Doc #6] is ADOPTED**.

The petition for a writ of habeas corpus is **DISMISSED without prejudice**.

As required by Fed. R. Civ. P. 58(a), the judgment will be entered as a separate document.

The case shall be terminated and closed (JS-6).

Dated: December 20, 2019

*Valerie Baker Fairbank*
_____
The Hon. Valerie Baker Fairbank
Senior United States District Judge