JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL HATCHER,<br>Petitioner,<br>v.<br>WARDEN MARTINEZ,<br>Respondent. | Case No. 2:19-cv-07498-VBF-KES<br><br>**JUDGMENT** |

IT IS ADJUDGED that the Habeas Corpus Petition is dismissed without prejudice.

Dated: December 20, 2019

_____

The Honorable Valerie Baker Fairbank
Senior United States District Judge